# UNITED STATES DISTRICT COURT
for the
Central District of California

____Western_____ Division

| | |
|---|---|
| Paul Ryan Barous<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>-v-<br>Ariel Z. Emanuel<br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. 2:25cv01173-DSF-(DFMx)<br>*(to be filled in by the Clerk's Office)* |

## COMPLAINT AND REQUEST FOR INJUNCTION

**I.   The Parties to This Complaint**

   **A.   The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Paul Ryan Barous |
   | Street Address | 61 Phoebe St |
   | City and County | Methuen |
   | State and Zip Code | Ma |
   | Telephone Number | 949-338-5039 |
   | E-mail Address | rrssolution@earthlink.net |

   **B.   The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

### Defendant No. 1

| | |
|---|---|
| Name | Ariel Z. Emanuel |
| Job or Title *(if known)* | CEO of Endeavor Holdings, TKO, etc (Place of work) |
| Street Address | 9601 Wilshire Blvd. |
| City and County | Beverly Hills, Los Angeles |
| State and Zip Code | California 90210 |
| Telephone Number | 310-285-9000 |
| E-mail Address *(if known)* | |

### Defendant No. 2

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

### Defendant No. 3

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

### Defendant No. 4

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
1.) Federal Civil Rights Statute; Title 18, U.S.C.., Section 241 - Conspiracy Against Rights *questioned*
2.) " ; Title 18, U.S.C..,Section 1958 - "Attempted" Murder for hire *Filing Under*
3.) I could easily add many more though this should "octopus out" from these 2.

*Pro Se 15 Complaint for Violation of Civil Rights (NON-Prisoner) But Injunction is much faster.*
*(PRB)*

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* Paul Ryan Barous , is a citizen of the
       State of *(name)* Massachusetts

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____ , is incorporated
       under the laws of the State of *(name)* _____ ,
       and has its principal place of business in the State of *(name)* _____

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* Areil z. Emanuel , is a citizen of
       the State of *(name)* California . Or is a citizen of
       *(foreign nation)* _____

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
$1.3 Billion and a fight in the ring (UFC/TKO now)

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

All of California. 25ish years of pain and suffering. Emanuel would 1.) premeditate extreme destructive defamation, 2.) premeditate targeting which included but limited to a solution called the "trifecta" (3 chemical mix), I cannot remember what the chemicals are. He loved to 3.) ORDER people to get that solution in my system (I am sure others as well). It destroys memory, consentration and more and takes a very long tie to come back from, if you survive. This is a HIT each time.

B.    What date and approximate time did the events giving rise to your claim(s) occur?

Throughout 25ish years when I resided in California (though he got me in NY as well) though the majority was in California. I tried to keep this dark element from being made public record. The proof is in the last case (only breining up the "Breach of Contract and Defamation. Though, he is too much a child with pwer to see what I was trying to do for his whole company. Well, gloves are off and I warned him multiple times I would take the hammer out. He is lost in his world of bubble protection.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
Extreme Premeditated Defamation to increase premeditated extreme distructive targeting on many different levels. Including but not limited to the following: premeditated attempted murder, premeditated attempted Intellectual Propertty Theft and the inablity to "fight his own fight contract' becuase his a mouse not a man.

(PRB) There was another more darker element which included Life Insurance. This is the underlining element the whole time. Again, 1st case I was being too nice and did not bring these multiple attempts on my life up.

IV. **Irreparable Injury**

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

It has been almost a (Decade) since I was supposed to get what I earned, survived and won. I am in limbo; when I could be creating more including my personal life of the right to live freely and to the best of my ability!

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Stop NOT paying debt (PRB) for injunction Attempts
$1.3 Billion and a TKO fight that he is running from. Refusal to pay on a Pro-SE "other contract" case that I filed Dec. 11 2018. (2:18-cv-10261-DSF-DFMx). Went to the Judicial Council Nos. 21-90044,21-90045. have been trying to keep this as quite as possible for (others in his company and its ability to not be destroyed) and those employees ability to have a job though he will run and not (have the ability to see I could have done this the first time). patent issued 2016. ⬤years of pain and suffering. The Magistrate Judge flasified evidence< I proved it (PRB) but ALL IN THE 9th CIRCUIT COURT ARE TERRIFIED OF EMANUEL and will never make a ruling against him.
Realworld,
In real business court it would be 5-7 times lost past earnings; I am being polite with the $1.3 Billion (at minimum $6.5 Billion). The FBI,CIA and others know this is true problem so much $, he splits it up to others
(PRB)?
The first case prior was being overly nice but his protective bubble makes him think he is untouchable. ? Is this true?
and stop any "extreme targeting" from starting up again

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: (PRB) 02/07/2025  2/6/25

Signature of Plaintiff

Printed Name of Plaintiff    Paul Ryan Barous

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address



